UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00591

**Elbert Combs,**
*Plaintiff,*
v.
**Johnny Nash et al.,**
*Defendants.*

## ORDER

This civil action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Doc. 6. On April 3, 2020, Judge Mitchell issued a report recommending that plaintiff's civil rights lawsuit be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Doc. 6. Plaintiff has neither objected to the report nor communicated with the court since he filed his complaint.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil rights lawsuit is dismissed without prejudice for plaintiff's failure to comply with an order of the court.

*So ordered by the court on May 21, 2021.*

J. CAMPBELL BARKER
United States District Judge